UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:09CV01859CEJ |
| | ) | |
| **ROGER HARRIS, ET AL.**, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

Bryan D. Scheiderer, Scheiderer Law Firm, LC, moves the Court for leave to withdraw from representing Defendant Roger Harris, and in support thereof, states:

1. This counsel entered his appearance for Mr. Harris prior to the time it was determined there may be insurance available to provide a defense for Mr. Harris.

2. At this time, Attorney Timothy K. Kellett has entered his appearance for Mr. Harris (Docket #10), and as filed an Answer for Mr. Harris (Docket #14).

3. Mr. Harris has been notified of and consents to this motion to withdraw.

WHEREFORE, Attorney Bryan D. Scheiderer moves the Court for leave to withdraw from representing Defendant Roger Harris.

Respectfully submitted,

SCHEIDERER LAW FIRM, LC

By: */s/Bryan D. Scheiderer*
 Bryan D. Scheiderer
 Mo. Bar #41911/EDMo. #37734
 901 North Pine Street, Suite 308
 Rolla, MO 65401
 (573) 341-3232
 (877) 341-5576 (fax)
 bryan@bdslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 20, 2010, the forgoing document was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:  Jane Rund, Assistant United States Attorney, Thomas Eagleton U.S. Courthouse, 111 South 10th Street, 20th Floor, St. Louis, MO 63102; Thomas E. Perez, Steven H. Rosenbaum, Rebecca B. Bond, Max Lapertosa, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Northwestern Building, 7th Floor, Washington, DC 20530; Steven P. Sanders, Williams, Venker & Sanders LLC, 100 N. Broadway, Suite 2100, St. Louis, MO 63102; and Timothy K. Kellett, Horas, Radice & Kellet, LLC, 911 Washington Avenue, Suite 400, St. Louis, MO 63101.

                                                            */s/Bryan D. Scheiderer*